## 34730. INGRAM v. AIKEN.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED MARCH 23, 1979 — DECIDED
SEPTEMBER 5, 1979.

*Jackson B. Harris, Marvin L. Waldrep,* for appellant.
*Joseph N. Anderson,* for appellee.